Hash: 4F7FA6EDD6BB1E13B5AF478FBAE4DAAFAB968F51     Rights Owner: Millionaire Media, LLC

| IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|
| 24.13.32.89 | 05/18/2014 02:16:37 | Glenview | IL | Comcast Cable |

NIL392

EXHIBIT A

*DS*