Copyrights-In-Suit for IP Address 24.13.32.89

ISP: Comcast Cable
Location: Glenview, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| PennyStocking | PA0001874270 | 06/05/2008 | 11/06/2013 | 05/18/2014 |
| Pennystocking PartDeux | PA0001874313 | 11/11/2008 | 11/06/2013 | 05/18/2014 |
| ShortStocking | PA0001874315 | 07/20/2009 | 11/06/2013 | 05/18/2014 |
| TIMFUNDAMENTALS | PA0001874274 | 01/21/2010 | 11/06/2013 | 05/18/2014 |
| TIMfundamentals PART DEUX | PA0001874301 | 05/25/2010 | 11/06/2013 | 05/18/2014 |
| TIMRAW | PA0001874299 | 07/25/2010 | 11/06/2013 | 05/18/2014 |
| TIMTACTICS | PA0001874307 | 09/21/2010 | 11/06/2013 | 05/18/2014 |

Total Millionaire Media, LLC Copyrights Infringed: 7

EXHIBIT B

NIL392